# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 909 MAL 2015

             Respondent

                              :    Petition for Allowance of Appeal from
                              :    the Order of the Superior Court

             v.

STEFFAWN ALEXANDER SPRIGGS,

             Petitioner                     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.